IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JIMMY L TAYLOR, | * |
| Plaintiff, | * |
| v. | Case No.  5:24-cv-00434-CAR-CHW |
| | * |
| Major LAUREN FLETCHER, | |
| | * |
| Defendant. | |
| _____ | * |

### **J U D G M E N T**

Pursuant to this Court's Order dated March 31, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 31st day of March, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk